■ (A) In the Matter of DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent, v. WINFIELD S. LONG et al., as Assessors of the Town of Erwin, Appellants. (B) In the Matter of DELAWARE LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent, v. WINFIELD S. LONG et al., as Assessors of the Town of Erwin, Appellants. (C) RAYMOND A. RICHARDS, Respondent, v. STEPHEN L. MORROW, Appellant.— [In each proceeding] Motion for leave to appeal to the Court of Appeals denied. Present — Bastow, J. P., Goldman, McClusky and Henry, JJ.

■ (A) WILLIAM RUGGIO, Respondent, v. ANNE V. BOIGEOL, as Executrix of EDGAR N. MATHER, Deceased, et al., Appellants. (B) NORMAN GOVER, Appellant, v. ANNE V. BOIGEOL, as Executrix of EDGAR N. MATHER, Deceased, Respondent. (C) MARY KIELB, as Administratrix of the Estate of RAYMOND F. KIELB, Deceased, Appellant, v. ANNE V. BOIGEOL, as Executrix of EDGAR N. MATHER, Deceased, Respondent.— [In each action] Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Bastow, J. P., Goldman, McClusky and Henry, JJ.

■ VINCENT J. LICATA, Respondent, v. PETER J. MARRA et al., Appellants.— Motion for reargument granted. Present — Bastow, J. P., Goldman, McClusky and Henry, JJ.

■ ANNE E. MANARD, an Infant, by AGNES MANARD, Her Guardian ad Litem, et al., Appellants, v. HARDWARE MUTUAL CASUALTY COMPANY, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman and McClusky, JJ.

■ MARGARET B. JUDSON et al., Respondents, v. CITY OF ROCHESTER, Appellant.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman and McClusky, JJ.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Appellant, v. ALOYSIUS RADWAN, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of JACOB BERKOWITZ, Petitioner, v. THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Respondents — Appeal dismissed unless printed records and briefs are filed and served on or before March 1, 1961. Respondent's brief must be filed and served on or before March 16, 1961 if appeal is to be argued at March 1961 Term.

■ In the Matter of the Appointment of a Committee of the Person and Estate of ANNE SPENCER, an Incompetent Person and Inmate of Buffalo State Hospital. (And another action) — Motion granted and appeals dismissed, with $10 motion costs.

■ In the Matter of COMMISSIONER OF JURORS OF THE COUNTY OF ERIE.— Order entered permitting destruction of papers.

■ (A) KENNETH PARSHALL, Appellant, v. MARY GRAHAM, Respondent. (B) MILDRED PARSHALL, Appellant, v. MARY GRAHAM, Respondent. (C) ROY SCHERI, Appellant, v. AL ROKZEN, Respondent. (D) JOHN SETERA, Appellant, v. AL ROKZEN, Respondent.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before March 1, 1961. Respondent's brief must be filed on or before March 16, 1961 if appeal is to be argued at March 1961 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE JAMES ROBINSON, Appellant.— Motion to dismiss appeal denied; leave granted to prosecute appeal from judgment of conviction of Erie County Court rendered November 4, 1959 upon the record and judgment roll prepared and printed by the Clerk of the County of Erie pursuant to subdivision 8 of section 485 of the Code of Criminal Procedure; and five typewritten briefs and John G. Putnam, Jr., Esq., assigned as counsel, and time for argument of appeal enlarged to include February 1961 Term of court.